UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re					)
					)	Case No. _____
					)
					)	DEBTOR'S MOTION TO REOPEN CHAPTER 7 OR 13
					)	CASE AND, IF APPLICABLE, TO VACATE DISMISSAL
					)
Debtor(s)				)

1. The debtor moves the court for an order reopening the above-captioned case. [Note: In order for the court to accept and consider this motion, the debtor must pay the reopening fee, if applicable, and any unpaid balance of the original filing fee.]

2. [Check all applicable boxes]:

    □ The court entered an order closing the case _____.
    □ The court entered an order of dismissal in this case.

3. The debtor moves the court for an order reopening the case for the following reason(s):

    □ To pay overdue filing fees in order to receive a discharge.

    □ To file documents necessary for discharge (e.g., Debtor Education Certificate or LBF 525 *Certification Re Payment of Domestic Support Obligations*).

    □ To file documents listed on an *Order and Notice of Time to File Document(s)* so the case may proceed. The debtor(s) must file the documents within 14 days of entry of an order to reopen.

    □ To file a complaint or motion based upon an alleged violation of the terms of the discharge under 11 U.S.C. § 524. No reopening fee is due.

    □ To redact a record already filed in the case, pursuant to Fed. R. Bankr. P. 9037. If redaction is the only reason for reopening, no reopening fee is due.

    □ Other:

Note that the court will not reopen: (a) a case in which a discharge has been entered to accept or act upon a reaffirmation agreement without a motion explaining why Court action is necessary; or (b) a no-asset case in order to add a creditor.

4. The following ground(s) exist under Fed. R. Bankr. P. 9024 for entry of an order reopening and, if applicable, an order vacating the dismissal:

    □ mistake, inadvertence, surprise, or excusable neglect;
    □ newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial;
    □ fraud, misrepresentation, or misconduct by an opposing party;
    □ other:

5. The debtor offers evidence to support a finding that grounds exist as indicated above (check one)
  ☐ in an affidavit or declaration attached to this motion
  ☐ as follows:

       I declare under penalty of perjury that the information contained above is true and correct to the best of my knowledge, information and belief.

_____
Signature of Debtor (required)

_____
Signature of Joint Debtor (If applicable)

_____
Debtor's Current Service Address

_____